IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CLEAN SOLUTIONS LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LDI ENERGY SERVICES, LLC, a North Dakota limited liability company; CONTINENTAL RESOURCES, INC., an Oklahoma corporation,<br><br>Defendants. | CV-26-300-GF-JTJ<br><br>**ORDER** |

This case was transferred from the District of Utah on September 24, 2026. (Doc. 19.) Accordingly, IT IS HEREBY ORDERED that all parties not admitted to practice in the District of Montana must follow the procedure set forth in Local Rule 83.1(d), by **October 19, 2026**, in order to properly appear before this Court. Local Rule 83.1(d)(2), requires a non-member attorney who does not reside in Montana to obtain the name, address, telephone number, and written consent of

local counsel who is a member of the bar of this Court and whom the court and opposing counsel may readily communicate regarding the conduct of the case, upon whom documents will be served.

DATED this 5th day of October 2026.

John Johnston
United States Magistrate Judge