**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

CLEAN SOLUTIONS LLC, an Idaho limited liability company,

Plaintiff,

vs.

LDI ENERGY SERVICES, LLC, a North Dakota limited liability company; CONTINENTAL RESOURCES, INC., an Oklahoma corporation,

Defendants.

CV-26-300-GF-JTJ

**ORDER**

This case was transferred from the District of Utah on September 24, 2026. (Doc. 19.) On October 6, 2026, the Court ordered the parties to comply with Local Rule 83.1(d), which requires a non-member attorney who does not reside in Montana to obtain local counsel and properly appear before the Court. (Doc. 21.)

To date Plaintiff Clean Solutions, LLC (Clean Solutions) has failed to comply with the Court's Order.

Local Rule 83.8(b) states: any entity other than an individual, including but not limited to a corporation, an unincorporated association, a partnership, or a union, may appear only by attorney.

Counsel must appear for Clean Solutions, or this case will be dismissed.

Accordingly, **IT IS HEREBY ORDERED** that Clean Solutions has 14 days from the date of this Order for counsel to make an appearance on its behalf or this case will be dismissed.

DATED this 22nd day of October 2026.

John Johnston
United States Magistrate Judge